THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT
BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
In The Interest of Jameel A., a Juvenile Under The Age of Seventeen.,       
Appellant
 
 
 

Appeal From Richland County
H. Bruce Williams, Family Court Judge

Unpublished Opinion No. 2005-UP-325
Submitted May 1, 2005  Filed May 13, 2005

APPEAL DISMISSED

 
 
 
Acting Deputy Chief Attorney Wanda H. Carter, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor Warren Blair Giese, of Columbia; for Respondent.
 
 
 

PER CURIAM:  Jameel A. appeals his Alford[1] plea to assaulting school personnel and guilty pleas to resisting arrest and unlawful possession of a pistol.  Jameels appellate counsel petitioned to be relieved as counsel, stating he reviewed the record and concluded Jameels appeal is without merit.  Jameel did not file a separate pro se brief.
After a review of the record and briefs as required by Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable issues that are arguable on their merits.  Accordingly, we dismiss this appeal and grant counsels petition to be relieved. [2]
APPEAL DISMISSED.
GOOLSBY, HUFF, and KITTREDGE, JJ., concur.

     [1]   Alford v. North Carolina, 400 U.S. 25 (1970).
     [2]  We decide this case without oral argument pursuant to Rule 215, SCACR.